UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOHN EDWARD LAWSON, JR.,
    Plaintiff,

v.

**JUDGMENT**

No. 5:16-CV-869-FL

NANCY A. BERRYHILL,
Commissioner of Social Security,
    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation for payment of attorney fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 27, 2018, that plaintiff is entitled to attorney's fees under the Equal Access to Justice Act in the amount of $5,250.00 in full satisfaction of any and all claims arising under the Equal Access to Justice Act, and an award of costs in the amount of $400.00, paid to plaintiff's attorney if there is no debt that is subject to offset under the Treasury Offset Program.

**This Judgment Filed and Entered on February 27, 2018, and Copies To:**

Pamela Marie Henry-Mays (via CM/ECF Notice of Electronic Filing)
Jeannette M. Mandycz (via CM/ECF Notice of Electronic Filing)


February 27, 2018        PETER A. MOORE, JR., CLERK
                                       /s/ Susan W. Tripp
                                     (By) Susan W. Tripp, Deputy Clerk